# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Country Mutual Insurance Company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Midwest Family Mutual Insurance Company, et al.,<br><br>　　　　　Defendants. | NO. CV-22-00148-PHX-SRB<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 7, 2023, which granted Motions for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Country Mutual Insurance Company is responsible for paying $1,000,000 of the Cullum Settlement under the Country Policy, AM 9159212 04.  Country Mutual Insurance Company is responsible for paying $362,500 of the Cullum Settlement under the Country Excess Policy, AU 9206790 02. Midwest Family Mutual Insurance Company is responsible for paying $362,500 of the Cullum Settlement under the Midwest Policy, ACAZ0560097836. First Mercury Insurance Company has no obligation to contribute toward the Cullum Settlement under the Mercury Policy, CA-EX-0000048014-04. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 7, 2023

　　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　By　　Deputy Clerk